UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE HURT,<br><br>      Plaintiff,<br><br>    -against-<br><br>U.S. CONSTITUTION; THE AMERICAN HERITAGE COLLEGE DICTIONARY; MR. CARL TUCKERSON; UNITED STATES OF AMERICA,<br><br>      Defendants. | 22-CV-4380 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 27, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the October 11, 2013, order in *Hurt v. D.C. Bd. of Parole*, ECF 1:13-CV-5365, 3 (S.D.N.Y. Oct. 11, 2013), *appeal dismissed*, No. 13-4474 (2d Cir. Apr. 3, 2014), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 27, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge